40 F.3d 1243
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Robert Morris COCHRAN or Temple of God, Plaintiff Appellant,
v.
Janet RENO, individually and in her official capacity as
U.S. Attorney General; Janice M. Cole, individually and in
her official capacity as U.S. District Attorney; Glasgow,
individually, and in his official capacity as an agent in
the Federal Bureau of Investigation, Defendants Appellees.
 No. 94-6850.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 25, 1994.
Decided Oct. 17, 1994.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-94-425)
 Robert Morris Cochran, Appellant Pro Se.
 Before RUSSELL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Cochran v. Reno, No. CA-94-425 (E.D.N.C. July 15, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.